**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1749

RALEIGH MASON; JERRY ADAMS,

                Plaintiffs - Appellants,

         v.

CITY OF WELLSBURG; WAYNE CAMPBELL, its Mayor, in his
official capacity and individually,

                Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P.
Stamp, Jr., Senior District Judge.  (5:07-cv-00030-FPS)

Submitted:  August 26, 2009         Decided:  January 27, 2010

Before TRAXLER, Chief Judge, HAMILTON, Senior Circuit Judge, and
Mark S. DAVIS, United States District Judge for the Eastern
District of Virginia, sitting by designation.

Affirmed by unpublished per curiam opinion.

Paul Joseph Harris, Wheeling, West Virginia, for Appellants.
Amy M. Smith, STEPTOE & JOHNSON PLLC, Clarksburg, West Virginia;
Melanie M. Norris, STEPTOE & JOHNSON PLLC, Wheeling, West
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raleigh Mason and Jerry Adams appeal the district court's order granting summary judgment sua sponte to the City of Wellsburg and Mayor Wayne Campbell. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mason v. City of Wellsburg, No. 5:07-cv-00030-FPS (N.D. W. Va. June 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED